In the Matter of ABRAHAM ROSENBERG, Appellant. SAM SLAT-KIN, Respondent.

Argued January 18, 1943; decided March 4, 1943.

*Louis D. Frohlich* and *Herbert P. Jacoby* for appellant.
*Harry A. Sindell* for respondent.

Order affirmed with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.